

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2014

No. 04-14-00581-CV

Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc., f/k/a
Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper.,
LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company,,
Appellants

v.

Tom **HALL**, et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03086
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The notification of late record is noted. The deadline for filing the clerk's record is
suspended pending further order of this court.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 30th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court